36 P.3d 57

ARIZONA CONSUMERS COUNCIL,
Appellant,

v.

ARIZONA CORPORATION COMMIS-
SION, an agency of the State of
Arizona, Appellee,

Arizona Public Service Company; Resi-
dential Utility Consumer Office; Tucson
Electric Power Company, Appellees/In-
tervenors.

No. CV–01–0162–PR.

Supreme Court of Arizona.

Dec. 14, 2001.

### ORDER

After hearing oral argument and consider-
ing further the pleadings filed, it appears to
the Court that the issues presented are not
ripe for decision and the granting of review
in this case was improvident.  Therefore,

IT IS ORDERED that the order granting
review is vacated.

IT IS FURTHER ORDERED that the
Petition for Review is denied.

IT IS FURTHER ORDERED that the
Court of Appeals Opinion shall not be pub-
lished, pursuant to Rule 111(g), Arizona
Rules of the Supreme Court.